IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PAUL WINDOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-107(MTT) |
| ) | |
| NORFOLK SOUTHERN ) | |
| RAILWAY COMPANY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

1. That the Defendant was negligent in the manner claimed by the Plaintiff and that such negligence was a legal cause of damage to the Plaintiff?

    Yes  ____✓____

    No   _____

    **Note**:    If you answered No to Question 1 proceed to Question 4.

2. That the Plaintiff was also negligent in the manner claimed by the Defendant and that such negligence was a legal cause of the Plaintiff's own damage?

    Yes  ____✓____

    No   _____

-2-

3. If you answered "Yes" to Question Two, what proportion or percentage of the Plaintiff's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties?

   Answer in Terms of Percentages

   The Defendant    __10__ %

   The Plaintiff    __90__ %

   **Note**: The total of the percentages given in your answer should equal 100%.

4. That the Defendant violated the Safety Appliance Act and that such violation was a legal cause of damage to the Plaintiff?

   Yes _____

   No  __✓_____

5. That the Defendant violated the Safety Appliance Act regulation and that such violation was a legal cause of damage to the Plaintiff?

   Yes _____

   No  __✓_____

6.  If you answered "Yes" to Question One, Four and/or Five, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages (<u>without adjustment</u> by application of any percentages you may have given in answer to Question Three)?

    (a) Net lost wages and benefits to the date of trial    $ _100,000_

    (b) Net lost wages and benefits in the future reduced to present value    $ _100,000_

    (c) Physical and emotional pain and mental anguish    $ _0_

This _2ND_ day of August, 2012.

                                      FOREPERSON

SO SAY WE ALL: