IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| PAUL WINDOM | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION FILE |
| | : | NO. 5:10-cv-407 MTT |
| NORFOLK SOUTHERN RAILWAY COMPANY, | : | |
| Defendant. | : | |

## SATISFACTION OF JUDGMENT

Plaintiff, by and through counsel, files this **SATISFACTION OF JUDGMENT**. Judgment entered in this action on August 6, 2012, in favor of Plaintiff. The Judgment of the Court has been fully paid to Plaintiff, including interest and costs. Therefore, satisfaction of said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

This the 29th day of January, 2013,

**COOK, HALL & LAMPROS, LLP**

/s/ Andrew Lampros
ANDREW LAMPROS
Georgia Bar No. 432328

Promenade Two, Suite 3700
1230 Peachtree Street, NE

Atlanta, Georgia 30305
Ph.: (404) 876-8100
Fx.: (404) 876-3477

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2013 I electronically filed the forgoing **Plaintiff's Satisfaction of Judgment** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Mark E. Toth, Esq.
Amanda Morris, Esq.
Hall, Bloch, Garland & Meyer, LLP
PO Box 5088
Macon, GA 31208-5088

E. Scott Smith, Esq.
Fisher & Phillips, LLP
Suite 3500
1075 Peachtree Street, NE
Atlanta, Georgia  30309

This the 29th day of January, 2013,

\                          **COOK, HALL & LAMPROS, LLP**

           /s/ Andrew Lampros
ANDREW LAMPROS
Georgia Bar No. 432328